# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

D'JANGO HENDRIX,

        Petitioner,    :    Case No. 1:17-cv-623

- vs -                         District Judge Douglas R. Cole
                                      Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
 Institution,

                                                        :

        Respondent.

## DECISION AND ENTRY ON RESPONSE TO ORDER FOR CLARIFICATION

      This habeas corpus action is before the Court on Petitioner's Motion for Reconsideration (ECF No. 91) of the Magistrate Judge's Decision and Order Denying Motions For Leave To Amend, To Expand The Record, And To Conduct Discovery ("Decision and Order," ECF No. 87). In response, the Magistrate Judge ordered Petitioner to clarify whether he wished to have the Magistrate Judge reconsider his decision or whether, instead, he wished to have his Motion for Reconsideration considered as a set of objections (Order for Clarification, ECF No. 93). Petitioner has now responded, choosing the "objections" alternative.

      Accordingly, it is hereby ORDERED that the Clerk amend the docket for ECF No. 91 to read "Petitioner's Objections to April 28, 2023, 87 Order on Motion for Leave to Amend, to Expand the Record and to Conduct Discovery by Petitioner D'Jango Hendrix."

1

Petitioner also requests to be allowed to "add the proper Objections headings." The request is denied. Adding headings is unnecessary. The Motion for Reconsideration was filed within the time allowed for objections and granting the requests runs the risk of confusion of the issues already presented.

May 19, 2023.

s/ *Michael R. Merz*
United States Magistrate Judge
